**JOHN BROWN & COMPANY, Respondent,**

v.

**OAK PARK BANK, Appellant.**

**No. WD 50325.**

Missouri Court of Appeals, Western District.

June 27, 1995.

Timothy J. Murphy, Kansas City, for appellant.

Jon Bortnick, Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Defendant appeals the trial court's judgment awarding commission for the sale of real estate to the plaintiff. Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Carmichael KEY, Appellant.**

**Carmichael KEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47843, WD 50450.**

Missouri Court of Appeals, Western District.

June 27, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## *ORDER*

PER CURIAM:

Appellant appeals his conviction of murder in the first degree, § 565.020.1, RSMo.1986, sentence of life imprisonment without parole, and denial of his Rule 29.15 motion for post conviction relief.

Affirmed. Rules 84.16(b) and 30.25(b).